OPINION — AG — QUESTION(1): "DOES THE OKLAHOMA WATER RESOURCES BOARD PROCESS THE LEGAL AUTHORITY TO ADOPT AND ENFORCE WATER QUALITY STANDARDS PURSUANT TO THE OKLAHOMA POLLUTION CONTROL ACT OF 1955?" — AFFIRMATIVE, QUESTION(2): "IS THE COMMISSIONER OF HEALTH GIVEN ENFORCEMENT AUTHORITY PURSUANT TO 63 O.S. 1965 Supp., 1-909 [63-1-909]?" — AFFIRMATIVE, QUESTION(3): "IF THE ANSWERS TO BOTH QUESTIONS ABOVE ARE IN THE AFFIRMATIVE, IS THE AUTHORITY OF THE COMMISSIONER OF HEALTH IN CONFLICT WITH THAT OF THE WATER RESOURCES BOARD, OR IS IT IN ADDITION TO THE BOARD'S AUTHORITY?" — THEY ARE NOT IN CONFLICT BUT CUMULATIVE CITE: 82 O.S. 1961 914-915 [82-914] — [82-915], 63 O.S. 1967 Supp., 1-909 [63-1-909], 63 O.S. 1967 Supp., 1-1701 [63-1-1701], 82 O.S. 1961 907 [82-907](B), 82 O.S. 1961 912 [82-912], 82 O.S. 1961 908 [82-908](A) (SAM HELLMAN)